IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA


| | |
|---|---|
| DESIREE J. JOHNSON | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Civil Action No.:   05-387 |
| | ) |
| JO ANNE B. BARNHART, | ) |
| Commissioner of Social Security, | ) |
| | ) |
| Defendant. | ) |


**ORDER**

    **IT IS ORDERED AND ADJUDGED** that judgment is entered in favor of the defendant, Jo Anne B. Barnhart, Commissioner of Social Security, and against the plaintiff, DESIREE J. JOHNSON.

                                   By the court,


                                   /s/ Joy Flowers Conti
                                   Joy Flowers Conti
                                   U.S. District Judge


Dated:   March 31, 2006

cc:     Counsel of Record